■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE LEON, Appellant. [932 NYS2d 394]—Sentence unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from a new sentence of Supreme Court, Monroe County, Joseph D. Val-

entino, J.—Criminal Possession of a Controlled Substance, 1st Degree). Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.